

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  |  |
|---|---|
| § | No. 08-18-00120-CR |
| § | |
| EX PARTE: § | Appeal from the |
| § | |
| KELSEY FIELDS § | 384th District Court |
| § | |
| § | of El Paso County, Texas |
| § | (TC# 20170D03143) |
| § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 13TH DAY OF JULY, 2018.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.